UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
YENSY CONTRERAS,                                                        :
                                                                        :
                         Plaintiff,                                     :
                                                                        :     22 Civ. 456 (JPC)
        -v-                                                             :
                                                                        :     ORDER
THE WINSTON BOX, LLC,                                                   :
                                                                        :
                         Defendant.                                     :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On April 18, 2022, Defendant moved to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1).  Dkts. 18-19.  Plaintiff opposed the motion on May 2, 2022, Dkts. 20-21, and Defendant filed a reply on May 10, 2022, Dkt. 22.  It is hereby ORDERED that, by June 20, 2022, the parties shall file supplemental briefing as to what effect, if any, the Second Circuit's recent decision in *Calcano v. Swarovski N. Am. Ltd.*, No. 20-1552, 2022 WL 1788305 (2d Cir. June 2, 2022), has on the parties' briefing on whether Plaintiff properly alleged Article III standing under Title III of the Americans with Disabilities Act, 43 U.S.C. § 12101 *et seq.*

        SO ORDERED.

Dated: June 13, 2022
       New York, New York
                                                         JOHN P. CRONAN
                                                       United States District Judge